IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Estella | Case Number: 07 B 10587 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 6/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 26, 2007
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,191.15 | |
| Secured: | | 389.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 736.99 |
| Trustee Fee: | | 64.31 |
| Other Funds: | | 0.00 |
| Totals: | 1,191.15 | 1,191.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,454.00 | 736.99 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 172.00 | 125.00 |
| 6. | DaimlerChrysler Servs North America | Secured | 1,867.34 | 264.85 |
| 7. | America's Servicing Co | Secured | 3,487.48 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 156.62 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 43.94 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 58.28 | 0.00 |
| 11. | Aspire Visa | Unsecured | 120.66 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 298.10 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 282.69 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 59.12 | 0.00 |
| 15. | Capital One | Unsecured | 81.38 | 0.00 |
| 16. | Beneficial | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Evans Fur | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,081.61 | $ 1,126.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.31 |
| | _____ |
| | $ 64.31 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Davis, Estella

Printed:  12/28/07

Case Number:  07 B 10587
Judge:  Wedoff, Eugene R
Filed:  6/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

